| | |
|---|---|
| 1 | Charles H. Horn (SBN 63362) |
| 2 | chorn@fmglaw.com<br>FREEMAN MATHIS & GARY, LLP |
| 3 | 44 Montgomery Street, Suite 3580<br>San Francisco, California 94504 |
| 4 | Telephone:    415.627.9000 |
| 5 | Marylin Jenkins (SBN 89832)<br>mjenkins@fmglaw.com |
| 6 | FREEMAN MATHIS & GARY, LLP<br>1010 B Street, Suite 300 |
| 7 | San Rafael CA  94901<br>Tel:  (415) 394-9500 |
| 8 | Attorneys for Defendants |
| 9 | PASSPORT RESORTS, LLC and<br>CAVALLO POINT, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>       vs.<br><br>PASSPORT RESORTS LLC, CAVALLO POINT LLC,; and DOES 1-100 inclusive,,<br><br>              Defendants. | CASE NO. 3:21-cv-1919<br><br>**[Removal from the Superior Court of the State of California, County of Marin, Case No. CIV 2100088]**<br><br>**NOTICE OF REMOVAL BY DEFENDANTS PASSPORT RESORTS, LLC and CAVALLO POINT, LLC**<br><br>Action Filed: January 5, 2021 |

TO PLAINTIFF AND HER COUNSEL OF RECORD:

   PLEASE TAKE NOTICE THAT Defendants Passport Resorts LLC and Cavallo Point LLC ("Defendants") hereby removes this action from the Superior Court of the State of California for the County of Marin (Case No. CIV 2100088) to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1331.  The claims of Plaintiff Jane Doe ("Plaintiff") are subject to federal jurisdiction because all of the alleged wrongful acts and omissions set out in Plaintiff's Complaint are alleged to have occurred at the Cavallo Point Lodge, at Fort Baker, a federal enclave

1
**NOTICE OF REMOVAL BY DEFENDANTS PASSPORT RESORTS, LLC and CAVALLO POINT, LLC**

within the Golden Gate National Recreation Area ("GGNRA"). As such, Plaintiff's claims arise under federal-question jurisdiction and are removable to this Court. See US. Const., art. I, § 8, cl. 17; *Durham v. Lockheed Martin Corp* (9th Cir. 2006) 445 F.3d 1247, 1250 (Federal courts have federal question jurisdiction over claims that arise on federal enclaves.).

**I. TIMELINESS OF REMOVAL**

1.  Plaintiff filed her Complaint against Defendant in the Superior Court for Marin County, California (Case No. CIV 2100088) on January 5, 2021.  Defendants were served on February 19, 2021.  A copy of all process, pleadings, or orders served upon Defendants with the Complaint is attached as Exhibit B to the Declaration of Marylin Jenkins, filed concurrently herewith. (Jenkins  Decl. ¶ 5, Exh. B.)

2.  This notice of removal is timely because it is being filed within 30 days of service of the Complaint.  28 U.S.C. § 1446(b).

**II.   THE ACTION IS REMOVABLE BECAUSE PLAINTIFF'S CLAIMS ARISE FROM ACTS ALLEGED TO HAVE OCCURRED WITHIN A FEDERAL ENCLAVE**

3.  This Court has original jurisdiction over the instant action under the federal enclave doctrine. The Constitution authorizes Congress to "exercise exclusive legislation in all cases whatsoever" over all places purchased with the consent of a state "for the erection of forts, magazines, arsenals, dock- yards, and other needful buildings." U.S. Const., art. I, § 8, cl. 17.  A party can remove a case based on the federal enclave doctrine if, in its notice of removal, it pleads factual allegations sufficient "to raise a right to relief above the speculative level." *Bell Atlantic Corp. v. Twombly* (2007) 550 U.S. 544, 554-56.

4.  Plaintiff alleges that on or about January 12, 2019, she was subjected to "illegal acts of sexual abuse, molestation and exploitation" during a massage session at Cavallo Point, The Lodge at the Golden Gate ("Cavallo Point" or the "Lodge"). Jenkins Decl. Exh. B [Compl.]  at ¶ 20.) The Lodge is the location of each and every wrongful acts or omissions alleged in Plaintiff's Complaint. (Exh. A [Compl.] ¶¶ 14, 16, 17, 20, 41, 47)  Cavallo Point is located at 601 Murray Circle, on the grounds of the former United States Army base at Fort Baker, California, south of the City of Sausalito, California, and north of the northern terminus of the Golden Gate Bridge at Lime Point.

1 Fort Baker is part of the Golden Gate National Recreation Area ("GGNRA").  (Turner Decl. ¶¶ 2, 3, Exh. A; Jenkins Decl. ¶¶ 6-9; Def. Req. for Jud. Notice, Exhs. C-E.)

5. Fort Baker was built on land ceded by the State of California to the United States for the purposes of military defense in 1859, and over which exclusive jurisdiction was ceded by California to the U.S. through "General Acts of Cession" enacted by the California Legislature in 1897.  (See Jenkins Decl. ¶¶ 8, 9; Def. Req. for Judicial Notice, Exh. F ["Military Reservations, …" (1916) Office of the Judge Advocate General, U.S. Army, Doc. 496] at 24-26 and Exh. G [Answer of the State of California, *U.S. v. State of California* (1945) 332 U.S. 19] at 91-93, 99-101.

6. Courts in the Northern District of California have repeatedly affirmed that cases arising within the GGNRA are subject to exclusive federal jurisdiction under the federal enclave doctrine.  A number of these cases involve businesses located on the grounds of the Presidio, on land just on the other side of the Golden Gate Bridge from Fort Baker, which was similarly ceded by the State of California to the federal government in the late 19th Century. See, *e.g.*, *Totah v. Bies* (N.D. Cal. 2011) 2011 U.S. Dist. LEXIS 39940 (removal of defamation action proper where alleged defamatory statements were made at company premises located at the Presidio); *Klausner v. Lucas Film Entm't Co.* (N.D. Cal. 2010) 2010 U.S. Dist. LEXIS 25944  (FEHA claims against an employer operating within the Presidio subject to federal jurisdiction); *U.S. v. Perez* (N.D. Cal. 2006) 2006 U.S. Dist. LEXIS 75086 at *5 (federal enclave jurisdiction over prosecution for drunk driving on Presidio grounds); *Swords to Plowshares v. Kemp* (N.D. Cal. 2005) 423 F.Supp.2d 1031 (unlawful detainer action properly removed where building was located at the Presidio).

7. The San Francisco Division of this Court is the appropriate venue for removal pursuant to 28 U.S.C. § 1441(a), because it is the closest division to the Marin County Superior Court, in San Rafael, California, where the action was filed and is currently pending.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

**NOTICE OF REMOVAL BY DEFENDANTS PASSPORT RESORTS, LLC and CAVALLO POINT, LLC**

8. Upon filing this Notice of Removal, Defendant will furnish written notice to Plaintiff's counsel, and will file and serve a copy of this Notice with the Clerk of the Superior Court for the County of Marin, pursuant to 28 U.S.C. § 1446(d).

Dated: March 18, 2021                    FREEMAN MATHIS & GARY, LLP

                                         By:   */s/ Marylin Jenkins*
                                               Marylin Jenkins
                                               Attorneys for PASSPORT RESORTS, LLC
                                               AND CAVALLO POINT, LLC