UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>PASSPORT RESORTS, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-01919-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 24 |

A case management conference was held on June 22, 2021. Having considered the parties' proposals, *see* Dkt. No. 24, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Plaintiff's Brief on Jane Doe | July 30, 2021 |
| Defendant's Response Brief (if any)[1] | August 15, 2021 |
| Amendment of Pleadings/ Joinder | October 1, 2021 |
| Close of Fact Discovery | December 1, 2021 |
| Exchange of Expert Reports | December 20, 2021 |
| Dispositive Motion Hearing Deadline | January 27, 2022, at 2:00 p.m. |
| Pretrial Conference | April 26, 2022, at 3:00 p.m. |
| Jury Trial (5 Days) | May 16, 2022, at 8:30 a.m. |

//

//

---

[1] The Doe issue will be deemed submitted upon conclusion of this briefing schedule unless the Court orders otherwise.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This terminates Docket No. 24.

**IT IS SO ORDERED.**

Dated: 6/30/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge